No. 561, Misc.   MARSHALL *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 562, Misc.   MESSER *v.* PENNSYLVANIA THRESHER-MEN & FARMERS' MUTUAL CASUALTY INSURANCE Co.   C. A. 4th Cir.   Certiorari denied.   *Archie Elledge* and *Clyde C. Randolph, Jr.,* for petitioner.   *Welch Jordan* for respondent.

No. 563, Misc.   CRAWFORD *v.* KING ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 566, Misc.   ARMSTRONG *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 571, Misc.   BUNDY ET AL. *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 575, Misc.   KISSINGER *v.* E. I. DU PONT DE NEMOURS & Co.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE HARLAN took no part in the consideration or decision of this application.   *Robert S. Vance* for petitioner. *Frank M. Dixon* for respondent.

No. 531.   ALKER *v.* UNITED STATES, 358 U. S. 817;
No. 622.   COUNTY OF BERGEN ET AL. *v.* UNITED STATES ET AL., *ante,* p. 27; and
No. 435, Misc.   DI SILVESTRO *v.* UNITED STATES VETERANS ADMINISTRATION, *ante,* p. 929.   Petitions for rehearing denied.